

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DAVID PAUL HEALY, | § | No. 08-17-00027-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| SIMONE BARRON, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 352-286480-16) |
| | § | |

## O R D E R

The Court reinstated this case on September 23, 2021. Appellee's counsel motion to withdraw was granted on February 2, 2021. Appellee's brief was due on October 23, 2021. On November 29, 2021, the Court received a letter purportedly from Appellee's brother stating Appellee had passed away in September 2021. He asked the Court for additional time to probate her will.

It is ORDERED if a legal representative has been appointed for the Estate of Simone Barron, the appropriate documents identifying that individual(s) be provided to the Court within 10 days. If not, the Court will submit this case forthwith without Appellee's brief.

IT IS SO ORDERED this 27th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.